# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STREAMLINE PRODUCTION GROUP, LLC, ) | |
| ) | |
| Debtor, ) | |
| ) | |
| _____ ) | |
| ) | ADV. NO. 3:25-ap-90075 |
| ) | CHAPTER 7 |
| EVA M. LEMEH, TRUSTEE, ) | JUDGE WALKER |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CRYSTAL TAYLOR SYSTEMS, INC., ) | |
| d/b/a CTS, ) | |
| ) | |
| Defendant. ) | |

_____

## NOTICE OF APPEARANCE
_____

Please take notice that attorneys John O. Belcher, Henry E. Hildebrand, III, and Lindsay R. Chrise of the law firm Belcher Sykes Harrington, PLLC, will be representing the Defendant, Crystal Taylor Systems, Inc. d/b/a CTS ("CTS"), in the above-styled Adversary Proceeding, Case No. 3:25-ap-90075, and hereby give notice of their appearance as counsel of record on the Defendant's behalf. All filings and notices in this case should be copied at the address below.

Respectfully submitted,

**BELCHER SYKES HARRINGTON, PLLC**

By:    */s/ John O. Belcher*
      John O. Belcher (BPR #018335)
      Henry E. Hildebrand, III (BPR #04630)
      Lindsay R. Chrise (BPR #041229)
      320 Seven Springs Way, Suite 110
      Brentwood, Tennessee 37027
      (T): (615) 810-8777
      (F): (615) 810-8770
      jbelcher@bshlawyers.com
      hank@ch13bna.com
      lchrise@bshlawyers.com
      *Counsel for Defendant CTS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been sent, in the manner indicated below, to the following, on this 26th day of August, 2025.

**VIA EMAIL AND U.S. MAIL**
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle
Suite 200
Franklin, TN 37067
phillip@thompsonburton.com

                      */s/ John O. Belcher*
                      John O. Belcher