Label Matrix for local noticing
0650-3
Case 3:23-bk-02638
MIDDLE DISTRICT OF TENNESSEE
Nashville
Fri Jun  6 09:01:40 CDT 2025

Streamline Production Group, LLC
725 Cool Springs Blvd.,Ste525
Franklin, TN 37067-2795

Streamline Productions, LLC
c/o Gregory C. Logue, Esq.
P.O. Box 900
Knoxville, TN 37901-0900

701 Broadway Room 170
Nashville, TN 37203-3979

ALK Design (Amy Kinssies
Suite 6
Nashville TN 37216

AdventHealth Foundation Inc.
Jack Brennan, Esq.
301 E. Pine St., Suite 1400
Orlando, FL 32801-2741

Aimee Lea Kinssies Design, LLC
3823 Gallitan Pike, Ste 6
Nashville TN 37216-2690

Attn: Recovery First Citizens Bank
10201 Centurion Parkway N
Jacksonville, FL 32256-0541

BMO BANK N A
1625 W FOUNTAINHEAD PKWY
TEMPE AZ 85282-2371

BackD
2101 S 135 Frontage Road
Ste 400
Austin TX 78741

Brian Nesbitt
7410 Walling Lane
Dallas TX 75231-7338

Bryan D. Press, Esq.
Metro Group of New York
49 W Mt Pleasant Ave., Box 2371
Livingston, NJ 07039-7085

CTS Audio
7108 Crossroads Blvd.
Brentwood TN 37027-7900

Christa Acevedo
9003 Brooks Crossing
Mount Juliet TN 37122-6383

ClearLine Networks
5925 Clarksvillw Highway
Joelton TN 37080-8974

Convention Products Rigging, Inc
325 Deeps Woods Circle
Nashville TN 37214-4401

Cube Services, Inc.
4098 S. McCarran Blvd
Reno NV 89502-7527

DTM Media
319 Calvin St
Ste 205
Franklin TN 37064

Diane 'Bonnie' Wright
212 Silo Ct
Nashville TN 37221-3544

Elan Pcard
Cardmember Services
P O Box 6335
Fargo ND 58125-6335

Endless Edge, LLC
Ste 205
Franklin TN 37067

Fourth Capital
10 Lea Avenue, Ste 900
Nashville TN 37210-3536

Getty Music
P O Box 120187
Mount Juliet TN 37122

Hemphill Bros Coach Company
P O Box 290605
Nashville TN 37229-0605

Hi-Tech Staffing
8312 Michale Ray Dr.
Louisville KY 40219-5219

Hi-Tech Staffing LLC
8312 Michael Ray Dr
Louisville, KY 40219-5219

Highwoods Realty
3322West End Ave.
Ste 600
Nashville TN 37203-6831

Hudson Insurance Company
Hudson Insurance Company Attn: Sara Phil
3950 Priority Way South Drive
Indianapolis, IN 46240-6427

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Ironclad, Inc.
71 Stevenson St. #600
San Francisco, CA 94105-2966

| | | |
|---|---|---|
| Larissa Cantu<br>13000 Terrapin St<br>Franklin TN 37067-6652 | Life Church Operations, LLC<br>4600 East Second Street<br>Edmond, OK 73034-7550 | Michael Andrews Audio Visual Services Inc.<br>c/o Metro Group of New York<br>49 W Mt Pleasant Ave., Box 2371<br>Livingston, NJ 07039-7085 |
| Michael Smallbone<br>P O Box 944<br>Franklin TN 37065-0944 | PD Technologies, LLC<br>1205 Hopaka St<br>Honolulu HI 96814-4302 | Quest Events, LLC<br>3200 Sirius Ave. #F<br>Las Vegas NV 89102-0400 |
| RJ Young<br>P O Box 415000<br>Nashville TN 37241-5000 | Rock-It Global<br>Ste 238<br>Lititz PA 17543 | Safe Network Solutions<br>501 Metroplex Dr.<br>Suite 115<br>NASHVILLE, TN 37211-3131 |
| Safe Network Solutions<br>Ste 115<br>Nashville TN 37211 | Second Light, LLC<br>6737 Centennial Blvd<br>Nashville TN 37209-1017 | Spain & Higginbotham<br>1127 West Main St<br>Franklin TN 37064-3111 |
| Spain & Higginbotham CPA Group PLLC<br>1127 W Main St<br>Franklin, TN 37064-3111 | Staging Solutions<br>2014 Lou Ellen Ln<br>Houston TX 77018-6118 | Steelcase Financial Services<br>901 44th St S.E.<br>Grand Rapids MI 49508-7594 |
| Streamline Productions, LLC<br>6220 Enterprise Dr.<br>Knoxville TN 37909-1223 | Studio Four One, LLC<br>P O Box 1411<br>Franklin TN 37065-1411 | Symphony Advice<br>Ste 310<br>Franklin TN 37067 |
| The Little Giant Lighting & Grip<br>Suite A<br>Brisbane CA 94005 | The Little Giant Lighting & Grip Co.<br>211 S. Hill Dr., Ste A<br>Brisbane, CA 94005-1263 | Thomas 'Chad' Landers<br>61 Fairway St<br>Crossville TN 38571-0278 |
| UNITED MEDIA LLC<br>1801 MERIDIAN ST<br>APT 325<br>NASHVILLE TN 37207-5313 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | Vitullo Advisory Services<br>2405 N. Sheffield Ave. #14524<br>Chicago IL 60614-8233 |
| Voice Scouts<br>1267 Seven Lakes North<br>West End NC 27376-9759 | Waterford Law Group<br>P O Box 1089<br>Franklin TN 37065-1089 | Wendi D. Zebell c/o Thomas H. Forrester<br>150 3rd Ave South, Suite 1700<br>Nashville, TN 37201-2041 |
| Willianson County Trustee<br>Administrative Cmplex<br>West Main St<br>Franklin TN 37064 | Wizzardly, LLC<br>85 Columbus St<br>Charleston SC 29403-4813 | Zoominfo Technologies, LLC<br>805 Broadway, Ste 900<br>Vancouver WA 98660-3506 |

```
E. COVINGTON JOHNSTON                           EVA M LEMEH
JOHNSTON & STREET                               Eva M. Lemeh, Chapter 7 Trustee
236 PUBLIC SQ SUITE 103                         380 Spring Creek Road
FRANKLIN, TN 37064-2520                         Lebanon, TN 37087-1403
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Fourth Capital Bank              (u)Highwoods Realty Limited Partnership     (u)Ironclad, Inc.


(u)Nashcomm, Inc                    (u)South Western Communications, Inc       (d)Streamline Productions, LLC
                                                                                  c/o Gregory C. Logue, Esq.
                                                                                  P.O. Box 900
                                                                                  Knoxville, TN 37901-0900


(u)Travelbank                       (u)Volvo Financial                          (u)Wendi Dawn Zebell
```

```
End of Label Matrix
Mailable recipients    61
Bypassed recipients     9
Total                  70
```